No. 729. JEWISH MENTAL HEALTH SOCIETY *v.* VILLAGE OF HASTINGS ET AL. Appeal from the Supreme Court of New York. Jurisdictional statement distributed February 15, 1936. Decided March 2, 1936. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Euclid* v. *Ambler Realty Co.,* 272 U. S. 365, 387–389; *Jack Lewis, Inc.,* v. *Mayor and City Council of Baltimore et al.,* 290 U. S. 585; *Cusack Co.* v. *Chicago,* 242 U. S. 526, 530, 531; *Hadacheck* v. *Los Angeles,* 239 U. S. 394; *Reinman* v. *Little Rock,*

237 U. S. 171, 176, 177. *Messrs. Sidney Newborg* and *Edward M. Bassett* for appellant. *Mr. Frank H. Myers* for appellees.